IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Cambria Company LLC,<br><br>Plaintiff,<br><br>v.<br><br>Disney WorldWide Services, Inc.<br><br>Defendant. | Case No. 22-cv-00459 JRT-JFD<br><br>**DECLARATION OF SYBIL DUNLOP** |

I, Sybil Dunlop, state as follows:

1.   I am an attorney at the law firm of Greene Espel PLLP and represent Defendant Disney WorldWide Services, Inc. ("Disney") in this matter. I submit this declaration in support of Disney's Memorandum of Law in Support of its Motion to Dismiss.

2.   On April 14, 2016, Disney and Cambria Company, LLC ("Cambria") entered a Purchase Agreement ("Purchase Agreement") under which Cambria agreed to provide Disney with quartz slabs to support renovations in certain Disney hotels, all located in Florida. A true and correct copy of this Purchase Agreement is attached as Exhibit A to this Declaration (filed under seal).

2

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 3, 2022

s/ Sybil L. Dunlop
Sybil L. Dunlop
