IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Cambria Company LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>Disney WorldWide Services, Inc.<br><br>                              Defendant. | Case No. 22-cv-00459 JRT-JFD<br><br>**DECLARATION OF KATHERINE SPRAGUE** |

I, Katherine Sprague, state as follows:

1. I am a Sourcing Specialist for Disney WorldWide Services, Inc. ("Disney"). As part of my work, I am involved in all project stages, including budget development, purchase order tracking, and financial reconciliation. I have worked at Disney for seven years.

2. I am aware that, on April 14, 2016, Disney and Cambria Company, LLC ("Cambria") entered a Purchase Agreement ("Purchase Agreement") under which Cambria agreed to provide Disney with quartz slabs to support renovations in certain Disney hotels, all located in Florida. Installation was completed, for all projects, by October 2018.

3. My colleague, Ms. Mojgan ("Moe") Kashi (formerly Merkel), negotiated the contract on behalf of Disney from her office in Orlando, Florida.

4. I understand that MacKenzie Weldon and Courtney Bliss represented Cambria in the negotiations with Disney.

5. I understand that contract negotiations primarily took place over email; however, some contract negotiations took place in person in Florida. At no point did any Disney employee visit Minnesota to negotiate the contract.

6. Throughout the life of the contract, a Disney sourcing specialist managed the agreement. This role was served alternatively by Moe Kashi, Dan Grundvig, James Willis, and Irene Chan, all of whom were based in Florida. Cambria provided samples of products for purchase in Florida. And I personally met with Cambria representatives at least twice, in person, in Florida.

7. I understood that Cambria's Courtney Bliss lived in Florida throughout this work with Disney. Indeed, her LinkedIn profile reflects that she served as Cambria's Commercial Manager in Florida from 2014 – 2017. I further understand that Cambria continues to engage a current Florida representative, whose name is Kylie Duke. A true and correct screenshot of both Ms. Bliss and Ms. Duke's LinkedIn profiles are attached as Exhibit A.

8. Cambria delivered the quartz slab to its Orlando, Florida, distribution center and then to local fabricators who installed the slabs at Disney hotels. These fabricators are all based in Florida. At no point did any Disney employee visit

Minnesota as part of this relationship. A true and correct copy of the Google address for Cambria's Orlando Sales and Distribution center is attached as Exhibit B.

9. Under the contract, Disney ordered and paid for $5,393,260.25, worth of quartz slabs for its renovation projects, including Coronado Springs and Pop Century Resorts. Disney remitted payment under the contract to Cambria's designated bank in Illinois, not Minnesota. A true and correct copy of a sample Cambria invoice showing these wiring instructions is attached as Exhibit C [FILED UNDER SEAL].

10. A majority of Cambria's financial claims in their Complaint appears to relate to 70 slabs that Cambria did not bill us for one year after their purported delivery, and despite our requests for Cambria to provide the requisite documentation to support payment, Cambria has failed to do so.

11. Where Disney has no record of ordering or receiving product, and Cambria has been unable to properly document their delivery, Disney has not made the demanded payments.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 3, 2022

s/ Katherine Sprague
Katherine Sprague
